IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30569
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN LOVE, also known as Kelvin Love,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-10008-ALL
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Kevin Love appeals his sentence after pleading guilty to possession of cocaine base and cocaine hydrochloride with intent to distribute. He contends that the district court erred in imposing a two-level enhancement under U.S.S.G. § 3C1.2 for reckless endangerment during flight. After reviewing the record and the briefs of the parties, we hold that the district court did not clearly err in imposing the two-level enhancement. See

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

United States v. Lee, 989 F.2d 180, 183 (5th Cir. 1993).

AFFIRMED.